UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
JUN 09 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INFORMATION NO. 6:25-CR-046-REW
21 U.S.C. §§ 843(a)(4)(A) and (d)

PAULA KAYE GILL

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

1. On or about August 4, 2021, in the Eastern District of Kentucky, and elsewhere, the defendant

**PAULA KAYE GILL**

knowingly and intentionally furnished false and fraudulent material information in, and omitted material information from, an application required to be made, kept, and filed under the Controlled Substances Act.

In violation of 21 U.S.C. §§ 843(a)(4)(A) and (d).

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Imprisonment for not more than 4 years, fine of not more than $250,000, and supervised release for not more than 1 year.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, as applicable.